

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00575-CV

**IN THE ESTATE** of Carlos **AGUILAR**, Deceased

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2012-PB4-000048-L2
Honorable Victor Villarreal, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this cause is REINSTATED on the docket of this court, the parties' Joint Motion to Dismiss Appeal is GRANTED, and this appeal is DISMISSED. Costs of appeal are assessed against the party that incurred them.

SIGNED June 23, 2021.

_____
Lori I. Valenzuela, Justice